**WO**                                                                                                   TCK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry Lee Cole, ) | No. CV 05-3454-PHX-MHM (VAM) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Officer Harrington, et al., ) | |
| Defendants. ) | |

Plaintiff, confined in the Arizona State Prison Complex in Yuma, Arizona, has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. By order of the Court filed on May 1, 2006, Plaintiff was directed to either pay the $250 filing fee or file a signed and certified Application To Proceed In Forma Pauperis (Dkt. #5).

Pending before the Court are the following motions: Motion For Appointment of Counsel (Dkt. #3); Motion For Request For Summons (Dkt. #4); "Motion For Request For Copy of Relief Requested on page seven of Complaint" (Dkt. #6) and Motion For Extension of Time To File In Forma Pauperis (Dkt. #7).

Plaintiff's Motion For Appointment of Counsel (Dkt. #3) and Motion For Request For Summons (Dkt. #4) are denied without prejudice as premature.

Plaintiff's "Motion For Copy of Relief Requested on page seven of Complaint" (Dkt. #6) will be GRANTED. The Clerk of the Court will be directed to send to Plaintiff a copy

**JDDL**

of page seven of his Complaint.  Plaintiff's Motion For Extension of Time To File In Forma Pauperis (Dkt. #7) will be granted.  Plaintiff will be granted thirty (30) days from the filing date of this order within which to either pay the $250 filing fee or file an Inmate Trust Account Statement.

Plaintiff should take notice that if he fails to timely comply with every provision of this Order, or any order of the Court entered in this action, the action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  See Ferdik v. Bonzelet, 963 F.2d 1258 (9th Cir.) (district court may dismiss action for failure to comply with any order of the Court), *cert. denied*, 506 U.S. 915 (1992).

**IT IS THEREFORE ORDERED:**

(1) That Plaintiff's Motion For Appointment of Counsel (Dkt. #3) and Motion For Request For Summons (Dkt. #4) are denied without prejudice as premature;

(2) That Plaintiff's Motion For Copy of Relief Requested on page seven of Complaint" (Dkt. #6) will be GRANTED.  The Clerk of the Court is directed to send to Plaintiff a copy of page seven of his Complaint.

(3) That Plaintiff's Motion For Extension of Time To File In Forma Pauperis (Dkt. #7) is granted.  Plaintiff is granted thirty (30) days from the filing date of this order within which to either pay the $250 filing fee or file an Inmate Trust Account Statement.

(4) That the Clerk of the Court is directed to dismiss this action if Plaintiff fails to file an Inmate Trust Account Statement or pay the $250 filing fee within thirty days of the filing date of this order.

DATED this 19th day of May, 2006.

_____
Mary H. Murguia
United States District Judge

- 2 -